Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Deanna Griffin

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA GRIFFIN, | ) Case No.: EDCV 11-1680 MAN |
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER AWARDING |
| | ) EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE, | ) AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | ) U.S.C. § 1920 |
| | ) |
| Defendant | ) |
| | ) |
| _____ | ) |

Based upon the parties' Stipulation for the Award and Payment of

Attorney's Fees and Expenses Pursuant to the Equal Access to Justice Act and

Costs Pursuant to 28 U.S.C. § 1920:

IT IS ORDERED that fees and expenses in the amount of $3,600.00 as

authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by

28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  January 2, 2013

*Margaret A. Nagle*

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

-1-